**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ALEX R. COUCH,

        Plaintiff,

v.                                  Case No: 6:17-cv-665-Orl-40GJK

HEADQUARTER AUTO GROUP OF
CENTRAL FLORIDA, LTD.,

        Defendant.
_____/

## ORDER

This cause is before the Court following review of the Joint Stipulation of Dismissal, in which Plaintiff Alex Couch and Defendant Headquarter Auto Group of Central Florida, Ltd. stipulate to the dismissal of the above-captioned action with prejudice and state the effectiveness of the stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement. (Doc. 40). Plaintiff Alex Couch further dismisses Defendants Eva Systems, Inc., and Robert E. Thompson, who have not appeared in this action, without prejudice. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1279 (11th Cir. 2012).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Jurisdiction is expressly retained solely for the purpose of enforcing the Settlement Agreement.

2. The Joint Stipulation of Dismissal (Doc. 40) is approved, adopted and ratified.

3. Headquarter Auto Group of Central Florida, Ltd. is **DISMISSED WITH PREJUDICE**.

4. Eva Systems, Inc., and Robert E. Thompson are **DISMISSED WITHOUT PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on September 20, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties